IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHNNY W. MCWHORTER ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JO ANNE B. BARNHART, ) <br> Commissioner of Social Security ) <br> ) <br> Defendant ) <br> _____ ) | Civil No. C05-5175FDB <br><br><br><br> ORDER |

Based upon the Stipulation between the parties it is hereby ORDERED that the Plaintiff shall have an extension to and including July 14, 2005, to file Plaintiff's opening brief.  It is further ORDERED that Defendant shall have to and including August 11, 2005, to file Defendant's responsive

///

///

///

///

///

PROPOSED ORDER  [C05-5175JKA] -1

Springer, Norman & Workman
910 12th Avenue – PO Box 757
Longview, WA  98632
(360) 423-3810
Fax (360) 423-3812

1  brief.  It is further ORDERED that Plaintiff shall have to and including August 25, 2005, to file

2  Plaintiff's reply brief.

      DATED this 17th day of June, 2005.

                          /s/ J. Kelley Arnold
                        UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ TEAL M. PARHAM    WSB #21954
Attorney for Plaintiff
910 12th Avenue, P.O. Box 757
Longview WA  98632
Telephone: (360) 423-3810
FAX:  (360) 423-3812
tparham@mcleodusa.net

PROPOSED ORDER  [C05-5175JKA] -2

Springer, Norman & Workman
910 12th Avenue – PO Box 757
Longview, WA  98632
(360) 423-3810
Fax (360) 423-3812