1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHNNY W. MCWHORTER,<br><br>     Plaintiff,<br><br>     vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>     Defendant. | Civil No.  C05-5175FDB<br><br><br><br>ORDER |

   Based on the Stipulation between the parties, it is hereby ORDERED that Defendant shall have up to and including September 12, 2005, to file Defendant's responsive brief, and Plaintiff shall have up to and including September 26, 2005, to file a reply brief.

   DATED this 16th day of August, 2005.


                              */s/ J. Kelley Arnold*
                              UNITED STATES MAGISTRATE JUDGE


Page 1      ORDER - [C05-5175FDB]

Presented by:

s/ RICHARD A. MORRIS
Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-2156
FAX: (206) 615-2531
rick.morris@ssa.gov