UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHNNY M. McWHORTER, | Civil No. C05-5175-FDB |
| Plaintiff, | |
| vs. | ORDER FOR EAJA FEES |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,193.66 and expenses in the amount of $59.27, for a total of $5252.93, shall be awarded pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412; and that costs in the amount of $270.00 shall be awarded pursuant to 28 U.S.C. § 1920.

///

///

Page 1    PROPOSED ORDER - [C05-5175-FDB]

1  DATED this 5th day of June 2006.

                                                /s/ Franklin D. Burgess

                                        FRANKLIN D. BURGESS
                                        UNITED STATES DISTRICT JUDGE

Presented by:

s/ RICHARD A. MORRIS
Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-2156
FAX: (206) 615-2531
rick.morris@ssa.gov

Page 2    PROPOSED ORDER - [C05-5175-FDB]